David W. Knotts, ISB No. 3627
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208-954-5201
Email: dknotts@hawleytroxell.com

Attorneys for Defendant Trinity Universal
Insurance Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MATTHEW R. STORM, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | NOTICE OF REMOVAL |
| | ) | |
| vs. | ) | |
| | ) | |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY and JOHN DOE | ) | |
| CORPORATIONS I-V, | ) | |
| | ) | |
| Defendants. | ) | |

TO:    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

The Defendant Trinity Universal Insurance Company ("Trinity") respectfully alleges as

follows:

1.      This Notice of Removal is filed pursuant to 28 U.S.C. § 1446(a) and (b) for the

purpose of removing this action from the District Court of the Fourth Judicial District of the

State of Idaho for the County of Ada to this Court.

NOTICE OF REMOVAL - 1

2.      Plaintiff filed his Complaint and Demand for Jury Trial ("Complaint") on January 6, 2017, 2017. A copy of the extant state court register of actions is attached as **Exhibit A**. Copies of the contents of the extant State Court record are attached as **Exhibit B**. This action was brought in the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada and assigned case number CV01-17-00364. The District Court of the Fourth Judicial District of the State of Idaho for the County of Ada is located within the jurisdiction of the United States District Court for the District of Idaho.

3.      Trinity has appeared but not yet answered or otherwise responded to Plaintiff's Complaint and, in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Trinity of Notice of the Summons and Complaint. See Declaration of Tammy Little (**Exhibit C**); *Ebert v. Travelers Indem. Co*., 2013 WL 4827854 (W.D. WA, Sept. 10, 2013). Trinity is contemporaneously filing a Notice of Removal in State Court, a copy of which is attached hereto as **Exhibit D**.

4.      Case No. CV01-17-00364 is a civil action in which Plaintiff seeks to recover against Trinity for alleged breach of contract. The Plaintiffs also purport to seek attorney fees and prejudgment interest.

5.      Removal of this action is proper, pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between Plaintiff and Trinity and the amount in controversy exceeds $75,000.00. Upon information and belief, Plaintiff is a citizen of Ada County, State of Idaho. Trinity is a privately held company that is owned by Kemper Corporation.  Kemper Corporation is publicly traded.  Trinity's statutory Home Office is in Dallas, Texas and its principal place of business is in Jacksonville, Florida.  A true and correct copy of the Company Information for Trinity, on file with the Texas Department of Insurance, identifying Texas as

NOTICE OF REMOVAL - 2

Trinity's home state, is attached hereto as **Exhibit E**. Plaintiff has alleged he has been damaged by Trinity in the amount of $275,000, plus interest and fees.  See Complaint, Exhibit A, ¶¶ 14-16.

6.        Pursuant to 28 U.S.C. § 1446, this state court action commenced in the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada may be removed to the United States District Court for the District of Idaho.

7.        Proper notice will be given this date to Plaintiff herein, by and through his counsel of record, and to the Clerk of the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada. A true and correct copy of the notice is attached hereto as **Exhibit D** and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Trinity prays that the above-entitled action pending against it in the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada, be removed to this Court.

DATED THIS 16th day of February, 2017.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____/s/_____
    David W. Knotts
    Attorneys for Defendant Trinity Universal
    Insurance Company

47812.0009.8662450.1

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 16th day of February, 2017, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeffrey J. Hepworth                      ☑ E-mail:  jhepworth@idalawyer.com
JEFFREY J. HEPWORTH, P.A. & ASSOCIATES
199 N. Capitol Blvd., Suite 501
P.O. Box 2815
Boise, ID 83701-2815


_____/s/_____
David W. Knotts

47812.0009.8662450.1

# EXHIBIT A

## Case Information

CV01-17-00364 | Matthew Storm Plaintiff, vs. Trinity Universal Insurance Company Defendant.

| Case Number | Court | File Date |
|---|---|---|
| CV01-17-00364 | Ada County District Court | 01/06/2017 |

| Case Type | Case Status |
|---|---|
| AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

**Plaintiff**
Storm, Matthew R.

Active Attorneys ▾
Lead Attorney
Hepworth, Jeffrey James
Retained

**Defendant**
Trinity Universal Insurance Company

Active Attorneys ▾
Lead Attorney
Knotts, David Wolf
Court Appointed

## Events and Hearings

01/06/2017 Initiating Document - District

01/06/2017 Complaint Filed

01/06/2017 Summons Issued

01/06/2017 Summons ▾

01/16/2017 Affidavit of Service

02/13/2017 Notice

## Financial

Storm, Matthew R.

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $221.00 |
| | Total Payments and Credits | | | $221.00 |
| 1/9/2017 | Transaction Assessment | | | $221.00 |
| 1/9/2017 | EFile Payment | Receipt # 02021-2017-R01 | Storm, Matthew R. | ($221.00) |

Trinity Universal Insurance Company

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $136.00 |
| | Total Payments and Credits | | | $136.00 |
| 2/15/2017 | Transaction Assessment | | | $136.00 |
| 2/15/2017 | EFile Payment | Receipt # 14564-2017-R01 | Trinity Universal Insurance Company | ($136.00) |

# EXHIBIT B

Electronically Filed
1/6/2017 1:30:59 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Katee Hysell, Deputy Clerk

Jeffrey J. Hepworth, ISB#3455
JEFFREY J. HEPWORTH, P.A.
   & ASSOCIATES
199 N. Capitol Blvd., Suite 501
P.O. Box 2815
Boise, ID 83701-2815
Telephone:  (208) 333-0702
Facsimile:  (208) 246-8655
jhepworth@idalawyer.com

Attorneys for Plaintiff

Medema, Jonathan

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

\* \* \* \* \*

| | | |
|---|---|---|
| MATTHEW R. STORM, | ) | Case No. CV01-17-00364 |
| | ) | |
| Plaintiff, | ) | **SUMMONS** |
| | ) | |
| v. | ) | |
| | ) | |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY and JOHN DOE | ) | |
| CORPORATIONS I – V, | ) | |
| | ) | |
| Defendants. | ) | |

\* \* \* \* \*

**NOTICE:  YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF.  THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS.  READ THE INFORMATION BELOW.**

TO:   **Trinity Universal Insurance Company**

You are hereby notified that in order to defend this lawsuit, an appropriate written

response must be filed with the above designated court within 20 days after service of

SUMMONS - 1

this Summons on you.  If you fail to so respond, the court may enter judgment against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.      The title and number of the case.

2.      If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.      Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.      Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this _____ day of January, 2017.
1/6/2017 1:30:59 PM

CLERK OF THE DISTRICT COURT
CHRISTOPHER D. RICH

By _____
Deputy
Ada County Clerk's Office
200 W. Front Street
Boise, ID 83702
Telephone: (208) 287-6900

SUMMONS - 2

Electronically Filed
1/16/2017 10:22:27 AM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Nichole Snell, Deputy Clerk

State of Idaho
## DEPARTMENT OF INSURANCE

*C.L. "BUTCH" OTTER*
*Governor*

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250    Fax (208) 334-4298
http://www.doi.idaho.gov

*DEAN L. CAMERON*
*Director*

**To:**   TRINITY UNIVERSAL INSURANCE COMPANY
8360 LBJ FWY STE 400
DALLAS, TX 75243-1134

**CC:**   Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 1/11/2017

**Re:**   NOTICE OF SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL OF THE
FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE
COUNTY OF ADA CASE NO. CV 01-17-00364.

STORM v. TRINITY UNIVERSAL INSURANCE COMPANY AND JOHN DOE
CORPORATIONS I-V

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS,
COMPLAINT AND DEMAND FOR JURY TRIAL, in connection with the above-entitled action,
was made upon you by US MAIL on the TENTH day of JANUARY, 2017, by delivering in Boise,
Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the
duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to
you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office
at Boise, Idaho, this ELEVENTH day of JANUARY, 2017.

Dean L. Cameron   /pm
Dean L. Cameron
Director
Department of Insurance
State of Idaho

Cert Num. 70153010000020176500

Electronically Filed
1/6/2017 1:30:59 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Katee Hysell, Deputy Clerk

Jeffrey J. Hepworth, ISB#3455
JEFFREY J. HEPWORTH, P.A.
   & ASSOCIATES
199 N. Capitol Blvd., Suite 501
P.O. Box 2815
Boise, ID 83701-2815
Telephone:  (208) 333-0702
Facsimile:  (208) 246-8655
jhepworth@idalawyer.com

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

\* \* \* \* \*

| | | |
|---|---|---|
| MATTHEW R. STORM, | ) | Case No. CV01-17-00364 |
| | ) | |
| Plaintiff, | ) | **COMPLAINT AND DEMAND** |
| | ) | **FOR JURY TRIAL** |
| v. | ) | |
| | ) | Fee Category:  A |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY and JOHN DOE | ) | Fee: $221.00 |
| CORPORATIONS I – V, | ) | |
| | ) | |
| Defendants. | ) | |

\* \* \* \* \*

     COMES NOW the Plaintiff by and through his counsel of record, Jeffrey J.

Hepworth, and for a cause of action against the Defendants, hereby state and allege as

follows:

I.

**PARTIES, JURISDICTION, AND VENUE**

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

1.      Matthew R. Storm (hereinafter referred to as "Storm") is now, and at all relevant times herein has been a resident of Boise, County of Ada, State of Idaho.

2.      Defendant Trinity Universal Insurance Company (hereinafter referred to as "Trinity"), is an insurance company licensed to conduct business in the State of Idaho and doing business in the State of Idaho.

3.      John Doe Corporations I – V are corporations who may have issued insurance policies covering Storm whose true names are unknown but who are liable to the Plaintiff under Underinsured Motorist Coverage Benefits of an insurance policy issued to Storm.

4.      Venue is proper in Ada County, State of Idaho pursuant to I.C. § 41-1838.

5.      The amount in controversy in this lawsuit exceeds $10,000.00, the minimal jurisdictional amount of this court.

## II.

## BACKGROUND FACTS

6.      This is a contract claim for underinsured motorist benefits arising out of a motor vehicle crash that occurred on or about February 8, 2014, at approximately 1:46 p.m. at the intersection of Capital and Front in the City of Boise, County of Ada, State of Idaho. The automobile crash was negligently and proximately caused by an underinsured motorist, Carrie Johnston.   Carrie Johnston shall hereinafter be referred to as the underinsured motorist.

7.      On or about February 8, 2014, Plaintiff was driving a 2008 Nissan Altima northbound on Capitol approaching a green light at the intersection of Capitol and Front in

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

the City of Boise.   At the same time and place, the underinsured motorist was driving a 2007 Saturn Vue, westbound on Front when she failed to stop for the red light at the intersection of Capitol and Front.  The negligence of the underinsured motorist caused a collision wherein the front end of Storm's car struck the driver's door of the underinsured car.

8.   As a result of the motor vehicle accident caused by the underinsured motorist, Storm suffered permanent and severe personal injuries including, but not limited to injury to his back and neck and headaches.   Storm has been diagnosed with a thoracic spine syrinx which is a chronic, permanent, and debilitating condition.  As a direct and proximate result of the injuries sustained in the accident, Storm has incurred medical expenses in the past exceeding $18,500.00 and will incur medical expenses of approximately $74,000.00 in the future related to the collision.  Plaintiff Storm's general damages for pain, suffering, and lost enjoyment of life shall exceed $340,000.00.  Plaintiff has suffered damages for lost wages and will have future lost wages, lost wage-earning capacity, and a loss of household services in an amount to be determined at trial.

9.   On or about September 28, 2016, Storm made written demand for payment of the underinsured motorist policy limits of $300,000.00 pursuant to the insurance contract with the Defendant.  Storm provided all information required for proof of loss.  Trinity is entitled to a reduction of $25,000.00 from the policy limit due to the $25,000.00 payment Storm received from the underinsured motorist.

III.

**BREACH OF CONTRACT**

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

10.     At the time of the motor vehicle collision, Storm was a named insured in an automobile insurance policy issued by Trinity.  The 2008 Nissan Altima involved in the collision was a listed automobile insured in the policy issued by Trinity.

11.     Pursuant to the insuring clause of the contract, Trinity agreed to pay up to $275,000.00 to Storm (after deducting the payment made by the underinsured motorist) as compensation for Storm's bodily injuries caused by the accident.

12.     Pursuant to I.C. § 41-1839(1) Trinity was required to pay Storm the amount justly due Storm within 60 days after proof of loss had been furnished to Trinity.  Storm provided proof of loss to Trinity by mailing dated September 28, 2016, which Trinity acknowledged receiving October 5, 2016.

13.     On or about November 26, 2016, Trinity offered to pay Storm $100,000.00 new money.  Trinity breached the insurance contract and violated I.C. § 41-1839 for failing to pay the amount justly due under the insurance contract within 60 days of October 5, 2016.

14.     As a direct and proximate result of the breach of contract and violation of I.C. § 41-1839, Storm has incurred damages of $275,000.00.

15.     Pursuant to I.C. § 28-22-104 Storm is entitled to prejudgment interest at the legal rate of 12% after December 5, 2016.  Storm is entitled to interest of $90.41 per day until payment in full is received.

16.     Pursuant to I.C. § 41-1839(1) Trinity is obligated to pay Storm's reasonable attorney fees in addition to contract damages of $275,000.00 and prejudgment interest.  A reasonable attorney fee is calculated by multiplying the total amount owed by 33.33% or

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

$400.00 per hour expended prosecuting this action, whichever is greater.

WHEREFORE, the Plaintiff Storm prays for judgment against Trinity as follows:

1.    For underinsured motorist benefits of $275,000.00;

2.    For pre-judgment interest of 12% from the date due on October 28, 2016, pursuant to I.C. § 28-22-104;

3.    For reasonable court costs and attorney fees of not less than $91,666.67 pursuant to court rules and I.C. § 41-1839; and

4.    For such other and further relief as the Court deems just and appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY

DATED this 6th day of January, 2017.

JEFFREY J. HEPWORTH, P.A.
& ASSOCIATES


By___*Jeffrey J. Hepworth*___
        Jeffrey J. Hepworth
        Attorneys for Plaintiff

COMPLAINT AND DEMAND FOR JURY TRIAL - 5

Electronically Filed
2/13/2017 3:33:21 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Laurie Johnson, Deputy Clerk

David W. Knotts, ISB No. 3627
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5201
Email: dknotts@hawleytroxell.com

Attorneys for Defendant Trinity Universal
Insurance Company

### IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

### OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| MATTHEW R. STORM, | ) | Case No. CV01-17-00364 |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY and JOHN DOE | ) | |
| CORPORATIONS I-V, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO:    PLAINTIFF MATTHEW R. STORM AND HIS COUNSEL OF RECORD:

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the undersigned

hereby appears as counsel of record for Defendant TRINITY UNIVERSAL INSURANCE

COMPANY in the above-entitled action.

NOTICE OF APPEARANCE - 1

47812.0009.8658979.1

Defendant hereby specifically reserves all defenses as to lack of jurisdiction over the person, improper venue, insufficiency of process, failure to state a claim upon which relief can be granted, failure to join an indispensable party, and any other defense available to Defendant.

DATED THIS ___13___ day of February, 2017.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
David W. Knotts, ISB No. 3627
Attorneys for Defendant Trinity Universal
Insurance Company

NOTICE OF APPEARANCE - 2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this ⟨13⟩ day of February, 2017, I caused to be served a true copy of the foregoing NOTICE OF APPEARANCE by the method indicated below, and addressed to each of the following:

Jeffrey J. Hepworth
JEFFREY J. HEPWORTH, P.A. & ASSOCIATES
199 N. Capitol Blvd., Suite 501
P.O. Box 2815
Boise, ID 83701-2815

☐ U.S. Mail, Postage Prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail: jhepworth@idalawyer.com
☐ Telecopy: 208.246.8655
☑ iCourt

_____
David W. Knotts

NOTICE OF APPEARANCE - 3

47812.0009.8658979.1

# EXHIBIT C

David W. Knotts, ISB No. 3627
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208-954-5201
Email: dknotts@hawleytroxell.com

Attorneys for Defendant Trinity Universal
Insurance Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MATTHEW R. STORM, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | DECLARATION OF TAMMY LITTLE |
| | ) | |
| vs. | ) | |
| | ) | |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY and JOHN DOE | ) | |
| CORPORATIONS I-V, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TAMMY LITTLE, under penalties of perjury, states as follows:

1.      I am employed as Manager Claims Operations in the Claims Department of

Kemper Services Group, which includes Trinity Universal Insurance Company.  The information

in this Declaration is of my own personal knowledge and is true and correct.

DECLARATION OF TAMMY LITTLE - 1

2.      Attached as **Exhibit 1** to this Declaration is a true and correct copy of that certain Notice of Summons, Complaint and Demand for Jury Trial of the Fourth Judicial District of the State of Idaho, in and For the County of Ada, Case No. CV 01-17-00364 ("Notice"), which Notice is dated January 11, 2017.  The Complaint is denominated Matthew R. Storm v. Trinity Universal Insurance Company and John Doe Corporations I-V.  The Notice indicates it was issued by the State of Idaho Department of Insurance, and was mailed to Trinity Universal Insurance Company at the address listed on the Notice.   The Notice was received by Trinity Universal Insurance Company at the address on the Notice, by United States Mail, on January 17, 2017.  Trinity Universal Insurance Company received no other or prior notice of service of the Summons and Complaint.

SIGNED under penalties of perjury this 15th day of February, 2017.


By _____
Tammy Little

DECLARATION OF TAMMY LITTLE - 2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of February, 2017, I electronically filed the foregoing DECLARATION OF TAMMY LITTLE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeffrey J. Hepworth                                          ☑ E-mail:  jhepworth@idalawyer.com
JEFFREY J. HEPWORTH, P.A. & ASSOCIATES
199 N. Capitol Blvd., Suite 501
P.O. Box 2815
Boise, ID 83701-2815


_____/s/_____
David W. Knotts

DECLARATION OF TAMMY LITTLE - 3

47812.0009.8661752.1

# EXHIBIT 1

State of Idaho
## DEPARTMENT OF INSURANCE

**C.L. "BUTCH" OTTER**
Governor

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250   Fax (208) 334-4298
http://www.doi.idaho.gov

**DEAN L. CAMERON**
Director

**To:**   TRINITY UNIVERSAL INSURANCE COMPANY
8360 LBJ FWY STE 400
DALLAS, TX 75243-1134

**CC:**   Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 1/11/2017

**Re:**   NOTICE OF SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL OF THE
FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE
COUNTY OF ADA CASE NO. CV 01-17-00364.

STORM v. TRINITY UNIVERSAL INSURANCE COMPANY AND JOHN DOE
CORPORATIONS I-V

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS,
COMPLAINT AND DEMAND FOR JURY TRIAL, in connection with the above-entitled action,
was made upon you by US MAIL on the TENTH day of JANUARY, 2017, by delivering in Boise,
Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the
duly and regularly appointed Statutory Agent.  A copy of each instrument is enclosed herewith to
you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office
at Boise, Idaho, this ELEVENTH day of JANUARY, 2017.

Dean L. Cameron   /pm
Dean L. Cameron
Director
Department of Insurance
State of Idaho

Cert Num. 7015301000020176500

Electronically Filed
1/6/2017 1:30:59 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Katee Hysell, Deputy Clerk

Jeffrey J. Hepworth, ISB#3455
JEFFREY J. HEPWORTH, P.A.
   & ASSOCIATES
199 N. Capitol Blvd., Suite 501
P.O. Box 2815
Boise, ID 83701-2815
Telephone: (208) 333-0702
Facsimile: (208) 246-8655
jhepworth@idalawyer.com

Attorneys for Plaintiff

Medema, Jonathan

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

\* \* \* \* \*

| | | |
|---|---|---|
| MATTHEW R. STORM, | ) | Case No. CV01-17-00364 |
| | ) | |
| Plaintiff, | ) | **SUMMONS** |
| | ) | |
| v. | ) | |
| | ) | |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY and JOHN DOE | ) | |
| CORPORATIONS I – V, | ) | |
| | ) | |
| Defendants. | ) | |

\* \* \* \* \*

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO:   **Trinity Universal Insurance Company**

You are hereby notified that in order to defend this lawsuit, an appropriate written

response must be filed with the above designated court within 20 days after service of

SUMMONS - 1

this Summons on you.  If you fail to so respond, the court may enter judgment against you as demanded by the Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.      The title and number of the case.

2.      If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.      Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.      Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this _____ day of January, 2017.
1/6/2017 1:30:59 PM

CLERK OF THE DISTRICT COURT
CHRISTOPHER D. RICH

By _____
Deputy
Ada County Clerk's Office
200 W. Front Street
Boise, ID 83702
Telephone: (208) 287-6900

SUMMONS - 2

Electronically Filed
1/6/2017 1:30:59 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Katee Hysell, Deputy Clerk

Jeffrey J. Hepworth, ISB#3455
JEFFREY J. HEPWORTH, P.A.
    & ASSOCIATES
199 N. Capitol Blvd., Suite 501
P.O. Box 2815
Boise, ID 83701-2815
Telephone:  (208) 333-0702
Facsimile:  (208) 246-8655
jhepworth@idalawyer.com

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

* * * * *

| | | |
|---|---|---|
| MATTHEW R. STORM, | ) | Case No. CV01-17-00364 |
| | ) | |
| Plaintiff, | ) | **COMPLAINT AND DEMAND** |
| | ) | **FOR JURY TRIAL** |
| v. | ) | |
| | ) | Fee Category:  A |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY and JOHN DOE | ) | Fee: $221.00 |
| CORPORATIONS I – V, | ) | |
| | ) | |
| Defendants. | ) | |

* * * * *

COMES NOW the Plaintiff by and through his counsel of record, Jeffrey J.

Hepworth, and for a cause of action against the Defendants, hereby state and allege as

follows:

I.

PARTIES, JURISDICTION, AND VENUE

COMPLAINT AND DEMAND FOR JURY TRIAL - 1

1.    Matthew R. Storm (hereinafter referred to as "Storm") is now, and at all relevant times herein has been a resident of Boise, County of Ada, State of Idaho.

2.    Defendant Trinity Universal Insurance Company (hereinafter referred to as "Trinity"), is an insurance company licensed to conduct business in the State of Idaho and doing business in the State of Idaho.

3.    John Doe Corporations I – V are corporations who may have issued insurance policies covering Storm whose true names are unknown but who are liable to the Plaintiff under Underinsured Motorist Coverage Benefits of an insurance policy issued to Storm.

4.    Venue is proper in Ada County, State of Idaho pursuant to I.C. § 41-1838.

5.    The amount in controversy in this lawsuit exceeds $10,000.00, the minimal jurisdictional amount of this court.

II.

## BACKGROUND FACTS

6.    This is a contract claim for underinsured motorist benefits arising out of a motor vehicle crash that occurred on or about February 8, 2014, at approximately 1:46 p.m. at the intersection of Capital and Front in the City of Boise, County of Ada, State of Idaho. The automobile crash was negligently and proximately caused by an underinsured motorist, Carrie Johnston.   Carrie Johnston shall hereinafter be referred to as the underinsured motorist.

7.    On or about February 8, 2014, Plaintiff was driving a 2008 Nissan Altima northbound on Capitol approaching a green light at the intersection of Capitol and Front in

COMPLAINT AND DEMAND FOR JURY TRIAL - 2

the City of Boise.   At the same time and place, the underinsured motorist was driving a 2007 Saturn Vue, westbound on Front when she failed to stop for the red light at the intersection of Capitol and Front. The negligence of the underinsured motorist caused a collision wherein the front end of Storm's car struck the driver's door of the underinsured car.

8.      As a result of the motor vehicle accident caused by the underinsured motorist, Storm suffered permanent and severe personal injuries including, but not limited to injury to his back and neck and headaches.   Storm has been diagnosed with a thoracic spine syrinx which is a chronic, permanent, and debilitating condition.   As a direct and proximate result of the injuries sustained in the accident, Storm has incurred medical expenses in the past exceeding $18,500.00 and will incur medical expenses of approximately $74,000.00 in the future related to the collision.   Plaintiff Storm's general damages for pain, suffering, and lost enjoyment of life shall exceed $340,000.00.   Plaintiff has suffered damages for lost wages and will have future lost wages, lost wage-earning capacity, and a loss of household services in an amount to be determined at trial.

9.      On or about September 28, 2016, Storm made written demand for payment of the underinsured motorist policy limits of $300,000.00 pursuant to the insurance contract with the Defendant.   Storm provided all information required for proof of loss.   Trinity is entitled to a reduction of $25,000.00 from the policy limit due to the $25,000.00 payment Storm received from the underinsured motorist.

III.

## BREACH OF CONTRACT

COMPLAINT AND DEMAND FOR JURY TRIAL - 3

10.    At the time of the motor vehicle collision, Storm was a named insured in an automobile insurance policy issued by Trinity.  The 2008 Nissan Altima involved in the collision was a listed automobile insured in the policy issued by Trinity.

11.    Pursuant to the insuring clause of the contract, Trinity agreed to pay up to $275,000.00 to Storm (after deducting the payment made by the underinsured motorist) as compensation for Storm's bodily injuries caused by the accident.

12.    Pursuant to I.C. § 41-1839(1) Trinity was required to pay Storm the amount justly due Storm within 60 days after proof of loss had been furnished to Trinity.  Storm provided proof of loss to Trinity by mailing dated September 28, 2016, which Trinity acknowledged receiving October 5, 2016.

13.    On or about November 26, 2016, Trinity offered to pay Storm $100,000.00 new money.  Trinity breached the insurance contract and violated I.C. § 41-1839 for failing to pay the amount justly due under the insurance contract within 60 days of October 5, 2016.

14.    As a direct and proximate result of the breach of contract and violation of I.C. § 41-1839, Storm has incurred damages of $275,000.00.

15.    Pursuant to I.C. § 28-22-104 Storm is entitled to prejudgment interest at the legal rate of 12% after December 5, 2016.  Storm is entitled to interest of $90.41 per day until payment in full is received.

16.    Pursuant to I.C. § 41-1839(1) Trinity is obligated to pay Storm's reasonable attorney fees in addition to contract damages of $275,000.00 and prejudgment interest.  A reasonable attorney fee is calculated by multiplying the total amount owed by 33.33% or

COMPLAINT AND DEMAND FOR JURY TRIAL - 4

$400.00 per hour expended prosecuting this action, whichever is greater.

WHEREFORE, the Plaintiff Storm prays for judgment against Trinity as follows:

1.    For underinsured motorist benefits of $275,000.00;

2.    For pre-judgment interest of 12% from the date due on October 28, 2016, pursuant to I.C. § 28-22-104;

3.    For reasonable court costs and attorney fees of not less than $91,666.67 pursuant to court rules and I.C. § 41-1839; and

4.    For such other and further relief as the Court deems just and appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY

DATED this 6th day of January, 2017.

JEFFREY J. HEPWORTH, P.A.
& ASSOCIATES

By   *Jeffrey J. Hepworth*
Jeffrey J. Hepworth
Attorneys for Plaintiff

COMPLAINT AND DEMAND FOR JURY TRIAL - 5

$ 007.36
ZIP 83702
02.1N
0001393473 JAN 11 2017

FIRST CLASS

PART...MENT OF INSURANCE
Box 83720
Idaho 83720-0043

7015 3010 0000 2017 6500

TRINITY UNIVERSAL INSURANCE COMPANY
8360 LBJ FWY STE 400
DALLAS, TX 75243-1134

# EXHIBIT D

David W. Knotts, ISB No. 3627
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208-954-5201
Email: dknotts@hawleytroxell.com

Attorneys for Defendant Trinity Universal
Insurance Company

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| MATTHEW R. STORM, | ) | Case No. CV01-17-00364 |
| | ) | |
| Plaintiff, | ) | 28 USC 1446(D) NOTICE OF |
| | ) | REMOVAL |
| vs. | ) | |
| | ) | |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY and JOHN DOE | ) | |
| CORPORATIONS I-V, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO: ABOVE-NAMED PLAINTIFF AND HIS COUNSEL OF RECORD; AND TO THE

CLERK OF THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO FOR THE COUNTY OF ADA:

PLEASE TAKE NOTICE that Trinity Universal Insurance Company filed, on the 16th

day of February, 2017, a Notice of Removal of the above-entitled case from the District Court of

the Fourth Judicial District of the State of Idaho, in and for the County of Ada, to the United

28 USC 1446(D) NOTICE OF REMOVAL - 1

States District Court for the District of Idaho, and said District Court of the Fourth Judicial

District of the State of Idaho, in and for the County of Ada, shall proceed no further unless the

case is remanded. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit**

**A** and by this reference incorporated herein as if set forth in full.

DATED THIS ___16___ day of February, 2017.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
David W. Knotts, ISB No. 3627
Attorneys for Defendant Trinity Universal
Insurance Company

28 USC 1446(D) NOTICE OF REMOVAL - 2

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on this _16_ day of February, 2017, I caused to be served a true copy of the foregoing 28 USC 1446(D) NOTICE OF REMOVAL by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Jeffrey J. Hepworth | ☐ U.S. Mail, Postage Prepaid |
| JEFFREY J. HEPWORTH, P.A. & ASSOCIATES | ☐ Hand Delivered |
| 199 N. Capitol Blvd., Suite 501 | ☐ Overnight Mail |
| P.O. Box 2815 | ☐ E-mail:  jhepworth@idalawyer.com |
| Boise, ID 83701-2815 | ☐ Telecopy:  208.246.8655 |
| | ☑ iCourt |

_____
David W. Knotts

28 USC 1446(D) NOTICE OF REMOVAL - 3

**EXHIBIT E**

**Texas Department of Insurance**

333 Guadalupe St. P.O. Box 149104 Austin, TX 78714-9104

# TRINITY UNIVERSAL INSURANCE COMPANY

Skip over these navigation links.

Show Explanation of Terms

**Table of Contents**
General Info | Contact Info | Types of Insurance | Use of Credit | Attorney for Service | Ratings | Financial Info |
Premiums | Complaint Ratios | Company History | Company Officers

## General Information:

Return to top.

| | |
|---|---|
| **Type of Entity:** | Fire and Casualty (FC) |
| **Status of TX License:** | Active |
| **Company Status:** | Normal Operations |
| **License Number:** | 84300 |
| **NAIC Number:** | 19887 |
| **TDI Company Number:** | 84300 |
| **FEIN:** | 750620550 |
| **Home City/State:** | TX |
| **Origin:** | Domestic |
| **Date Incorporated/Organized:** | 01/26/1926 |
| **Date Licensed/Eligible/Registered in Texas:** | 02/01/1926 |
| **Date Cancelled/Ineligible/Inactive:** | |

## Contact Information:

Return to top.

| | |
|---|---|
| **Mailing Address:** | 12926 Gran Bay Parkway West Jacksonville FL 32258 |
| **Office Number:** | (972)980-3000 |
| **Toll Free Number:** | (800)321-5344 |
| **Fax Number:** | (972)980-3350 |

## Types of Insurance Licensed to Write:

Return to top.

- Accident
- Aircraft Liability
- Aircraft Physical Damage

- Allied Coverages
- Auto Physical Damage
- Automobile Liability
- Boiler & Machinery
- Burglary & Theft
- Fidelity & Surety
- Fire
- Forgery
- Glass
- Hail
- Health
- Inland Marine
- Liability Other than Auto
- Ocean Marine
- Workers Comp and Emp Liability

## Use of Credit:

Return to top.

To determine if a company uses credit information for private passenger automobile or homeowners insurance.

```
        Click Here for Use of Credit
```

## Attorney for Service:

Return to top.

```
Click Here for Attorney for Service Guidelines
```

C T Corporation System
1999 Bryan Street Suite 900
Dallas TX 75201 -3136

## Rating By Financial Organization:

Return to top.

The following organizations rate insurance companies on their financial strength and stability. Some of these companies charge for their services.

A.M. Best
Weiss Ratings Inc.
Standard & Poor's
Moody's Investors Service
Fitch IBCA, Duff and Phelps Ratings

## Financial Information:

Return to top.

| As of: | Dec. 31, 2014 | Dec. 31, 2015 | Dec. 31, 2016 |
|---|---|---|---|
| Total Assets | $2,200,122,184 | $1,964,731,788 | N/A |

| Total Liabilities | $1,256,699,167 | $1,147,304,229 | N/A |
|---|---|---|---|
| Asset to Liability Ratio | 1.75 | 1.71 | N/A |
| Capital | $3,250,000 | $3,250,000 | N/A |
| Net Surplus | $940,173,017 | $814,177,559 | N/A |
| Total Life Ins | N/A | N/A | N/A |

## Premiums:

Return to top.

| As of: | Dec. 31, 2014 | Dec. 31, 2015 | Dec. 31, 2016 |
|---|---|---|---|
| Life and Annuities | N/A | N/A | N/A |
| Accident and Health | $0 | $0 | N/A |
| Property and Casualty | $31,655,824 | $23,382,978 | N/A |
| Total Texas Premium | $31,655,824 | $23,382,978 | N/A |
| National Premium | $58,073,519 | $42,611,876 | N/A |

## Complaint Information:

Return to top.

When considering the company's complaint index and ratio, be sure to review the company history information displayed below for recent acquisitions, mergers, or other events that may affect the figures displayed for this company.

| | Dec 31, 2015 | | Dec 31, 2016 | | Feb 10, 2017 |
|---|---|---|---|---|---|
| Confirmed Complaints: | | | | | |
| Life and Annuity | 0 | | 0 | | 0 |
| Accident and Health | 0 | | 0 | | 0 |
| Homeowner | 0 | | 0 | | 0 |
| Automobile | 1 | | 0 | | 0 |
| Workers' Compensation | 0 | | 0 | | 0 |
| Complaint Ratio/Index | Ratio | Index | Ratio | Index | |
| Life and Annuities | N/A | N/A | N/A | N/A | N/A |
| Accident and Health | N/A | N/A | N/A | N/A | N/A |
| Homeowner | .0000 | .0000 | N/A | N/A | N/A |
| Automobile | .0144 | 1.2837 | N/A | N/A | N/A |
| Workers' Compensation | N/A | N/A | N/A | N/A | N/A |

**Confirmed Complaints:** the number of confirmed complaints closed against the company for the line of insurance and year indicated. A complaint is confirmed if the department receives information indicating that a company committed any violation of an applicable state insurance law or regulation, a federal requirement the department has authority to enforce or the term or condition of an insurance policy or certificate. A complaint is also confirmed if the complaint and company's response, considered together, suggest that the company was in error or that the complainant had a valid reason for the complaint.

**Complaint Ratios**: the ratio, expressed as a percentage, is the number of closed confirmed complaints divided by the number of policies the company had in force for the line of insurance and year indicated.

**Complaint Index**: indicates how a company's ratio of the number of complaints to the number of policyholders compares to the average for all insurers. The index is calculated by dividing the company's percentage of complaints for a specific line of insurance by the company's percentage of the policies in force for the same line of insurance. The average index is 1.00. A number less than 1 indicates fewer complaints than average; a number greater than 1 indicates more complaints than average. For the most recent completed year, a given insurer's index may change over time, as policy count data is received by TDI. This will affect each insurer's percentage of the total.

Complaints against an insurance company are not part of the complaint tally above if the insurance company served only as a Third Party Administrator (TPA), a company hired simply to administer the paperwork of a health plan. Instead, they are included in the complaint record of the insurance company or HMO that hired the TPA. If a bonafide self-insured benefit plan hired the TPA, no complaint numbers are recorded as a part of the company/TPA's profile. Neither are profiles available for self-insured plans, as such plans are regulated under federal law.

# Company History:

Return to top.

| Date | Event |
|---|---|
| 08-31-2009 | PENALTY OF $180 FOR LATE FILING OF THE 2009 2ND QUARTER ANNUAL STATEMENT IN ARIZONA. |
| 08-13-2009 | PENALTY OF $500 FOR FAILURE TO TIMELY FILE THE 2009 FIRST QUARTER STATEMENT IN MISSISSIPPI. |
| 05-29-2008 | APPROVED TO WITHDRAW FROM WRITING FIRE, ALLIED LINES, EARTHQUAKE, WORKERS' COMPENSATION, OTHER GENERAL LIABILITY, PRODUCT LIABILITY, COMMERCIAL AUTO NO-FAULT PERSONAL INJURY PROTECTION, OTHER COMMERCIAL LIABILITY, COMMERCIAL AUTO PHYSICAL DAMAGE, FIDELITY, SURETY AND BURGLARY & THEFT INSURANCE BUT NOT INCLUDING PERSONAL LINES POLICIES FOR FIRE, ALLIED LINES AND OTHER LIABILITY. COMPANY MAY NOT RE-ENTER MARKET FOR THESE LINES WITHOUT PRIOR APPROVAL UNTIL 05/29/2013. |
| 02-14-2006 | PENALTY OF $40,000 FOR VIOLATIONS FOUND DURING AN EXAMINATION OF CLAIMS HANDLING PRACTICES IN CALIFORNIA. |
| 10-13-2005 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS WAS APPROVED. |
| 04-20-2005 | ARTICLE 1.28, TEXAS INSURANCE CODE, TO CHANGE THE LOCATION OF THEIR BOOKS AND RECORDS OUT OF TEXAS WAS APPROVED |
| 02-10-2005 | WITHDREW FROM WRITING FARMOWNERS MULITPLE PERIL INSURANCE IN TEXAS. COMPANY MAY NOT RE-ENTER MARKET FOR THIS LINE WITHOUT PRIOR APPROVAL UNTIL 02/10/2010. |
| 12-01-2004 | PENALTY OF $25,000 PAID BY COMPANY AND SECURITY NATIONAL INSURANCE COMPANY FOR FAILURE TO PROVIDE REQUIRED NOTICE OF INCREASE OF PREMIUMS IN A TIMELY MANNER IN WASHINGTON. |
| 11-25-2002 | PENALTY OF $5,000 FOR USE OF REPLACEMENT ADJUSTERS NOT LICENSED IN NEW MEXICO. |
| 05-17-2002 | ARTICLE 1.28, TEXAS INSURANCE CODE, WAS APPROVED TO MOVE THEIR BOOKS AND RECORDS OUT OF TEXAS |
| 05-27-1999 | COMPANY AND UNITRIN, INC., A DELAWARE CORPORATION ACQUIRED CHARTER INDEMNITY COMPANY (93454) RICHARDSON, TEXAS AND CHARTER COUNTY MUTUAL INSURANCE COMPANY (61750) RICHARDSON, TEXAS. |

| 09-08-1997 | PENALTY OF $33,141 PAID BY COMPANY, SECURITY NATIONAL INSURANCE COMPANY AND TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC. FOR VIOLATIONS FOUND DURING A MARKET CONDUCT EXAMINATION IN MISSOURI. |
|---|---|
| 06-05-1996 | PENALTY OF $200,000 PAID BY COMPANY, TRINITY UNIVERSAL INSURANCE COMPANY AND SECURITY NATIONAL INSURANCE COMPANY FOR VIOLATIONS FOUND DURING A MARKET CONDUCT EXAMINATION IN OKLAHOMA. |
| 03-07-1961 | MOVED HOME OFFICE FROM SAN ANTONIO, TEXAS TO DALLAS, TEXAS. |
| 12-17-1932 | MOVED HOME OFFICE FROM DALLAS, TEXAS TO SAN ANTONIO, TEXAS. |
| 11-10-1932 | FORMERLY: TRINITY FIRE INSURANCE COMPANY (04198). UNIVERSAL AUTOMOBILE INSURANCE COMPANY (04355) SAN ANTONIO, TEXAS MERGED INTO COMPANY |
| 01-26-1926 | GRANDFATHERED FOR CAPITAL AND SURPLUS REQUIREMENTS |

# Company Officers:

Return to top.

For names of the company's current officers, please contact the company at the phone number listed in the Contact Information above or on their website.