IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATTHEW R. STORM, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>TRINITY UNIVERSAL INSURANCE )<br>COMPANY and JOHN DOE )<br>CORPORATIONS I-V, )<br>)<br>　　　　Defendants. )<br>_____ ) | Case No. 1:17-cv-00074-CWD<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Upon review of the Stipulation for Dismissal with Prejudice (Dkt. 15), and for good cause appearing thereof:

IT IS HEREBY ORDERED that the Complaint filed in the above-entitled matter be, and the same is hereby, DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney fees. The Clerk is directed to close the case.

DATED THIS 31st day of August, 2017.

Dated: **August 31, 2017**

Honorable Candy W. Dale
United States Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 1